UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
VIJAYA GOPU, *et al.*,                                               :
:
:
                      Plaintiffs,                          :
:    21 Civ. 484 (JPC)
        -v-                                                  :
:    <u>ORDER</u>
LUCKIN COFFEE INC., *et al.*,                                        :
:
                      Defendants.                          :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 22, 2022, the Court approved the class action settlement in *In re Luckin*, No. 20 Civ. 1293 (JPC) (S.D.N.Y.).  By August 18, 2022, Plaintiffs shall file a letter addressing the status of this case, including the effect of the approved settlement in *In re Luckin*.

      SO ORDERED.

Dated: August 11, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                               United States District Judge