UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
VIJAYA GOPU, *et al.*,                                            :
                                                                  :
                              Plaintiffs,  :
                                                                  :  21 Civ. 484 (JPC)
            -v-                                                   :
                                                                  :  ORDER
LUCKIN COFFEE INC., *et al.*,                                     :
                                                                  :
                            Defendants.  :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 12, 2022, the Court ordered Plaintiffs to submit a joint letter by August 18, 2022 regarding the status of this case. Dkt. 26. The parties failed to submit a status letter by the August 18, 2022 deadline. Accordingly, it is hereby ORDERED that, by August 26, 2022, Plaintiffs shall submit a status letter as set forth in the August 12, 2022 Order.

      SO ORDERED.

Dated: August 22, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                                United States District Judge