UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIJAYA GOPU, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>LUCKIN COFFEE INC., *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-484 (JPC) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Vijaya Gopu and Nirmala Gopu hereby give notice that this Action is voluntarily dismissed against all Defendants with prejudice. A class has not been certified in this Action, and no Defendant has served either an answer or a motion for summary judgment in this Action.

Dated: September 8, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498
Email: kim.miller@ksfcounsel.com

*Counsel for Plaintiffs*
*Vijaya Gopu and Nirmala Gopu*

The Court construes this filing as a notice of dismissal
Federal Rule of Civil Procedure 41(a)(1)(A)(i), which
allows a plaintiff to dismiss an action without a court order.
See Fed. R. Civ. P. 41(a)(1)(B), permitting notice of
dismissal with prejudice.

According, the Clerk of Court is respectfully directed to
close this case.

SO ORDERED.
Date: September 9, 2022
New York, New York

JOHN P. CRONAN
United States District Judge